**Michael Britt HODGES, Appellant,**

v.

**Mike HUCKABEE, Governor, Appellee.**

No. 03–3833.

United States Court of Appeals, Eighth Circuit.

Submitted June 4, 2004.

Decided June 17, 2004.

Michael Britt Hodges, Newport, AR, pro se.

C. Joseph Cordi, Jr., Attorney General's Office, Little Rock, AR, for Defendant–Appellee.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Michael Hodges challenges the dismissal of his 42 U.S.C. § 1983 action against Arkansas Governor Mike Huckabee. Hodges alleged that Governor Huckabee violated his constitutional rights when he denied Hodges's clemency application. The district court[1] dismissed the case after concluding it was barred by res judicata. For the reasons explained by the district court, we agree that the action is barred by the doctrine of res judicata. We also find no error in the decision of the district court to transfer this case from another judge to Judge Eisele.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.